

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN THE INTEREST OF A. N. G., A CHILD, | § | No. 08-19-00088-CV |
| | § | Appeal from the |
| Appellant. | § | 383rd District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2010CM094) |
| | § | |

# **O R D E R**

On May 1, 2019, the Court suspended the appellate deadlines and ordered the trial court to conduct a hearing to determine whether Appellant is unable to afford to pay costs on appeal. The trial court conducted the hearing, and on May 24, 2019, the court entered an order finding that Appellant is able to afford to pay costs on appeal. Appellant has not filed a motion to challenge the trial court's order or an extension motion. *See* TEX.R.CIV.P. 145(g)(2). Therefore, Appellant will not be allowed to proceed without payment of costs on appeal. The suspension of the appellate deadlines is lifted. The record is due July 19, 2019.

IT IS SO ORDERED this 19th day of June, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.